GEORGE W. SUTHERLAND *v.* SAMUEL ULLMAN ET AL.

**Executions—Nulla Bona—Prior Liens—Equity Jurisdiction—Creditors.**
    A return of nulla bona by reason of an assertion of a prior lien, gives to a court of equity jurisdiction to clear the title, it not being material to the judgment debtor, whether the lien claimed was right or not.
**Same.**
    Creditors alone are concerned in the distribution of the proceeds of a sale under execution.

APPEAL FROM MERCER CIRCUIT COURT.

January 30, 1869.

OPINION OF THE COURT BY JUDGE ROBERTSON:

The return of *nulla bona* and that of not sold for want of bidders, for the land afterwards levied on, resulting from the embarrassment of the legal title by a lien asserted on it, gave to the

court of equity ancillary jurisdiction to clear the title and subject the land to sale for a fair price in satisfaction of the judgments; and it was not material to the appellant whether the creditor claiming the lien had an available right to it or not. The question of priority in the distribution of the proceeds concerned the creditors alone, and all of them seem satisfied.

Wherefore, the judgment is affirmed.

*Harrison,* for appellant.

*Polk,* for appellees.